# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 16-70357-LRC |
| | ) | |
| OTS CAPITAL PARTNERS, LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| OTS CAPITAL PARTNERS, LLC, | ) | ADVERSARY PROCEEDING |
| | ) | NO. 18-05293-LRC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEGGY EVANS | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

COME NOW OTS Capital Partners, LLC, Debtor and Debtor-in-Possession in the above-styled adversary proceeding (the "Debtor" or "Plaintiff") and Defendant Peggy Evans ("Defendant" or "Evans"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(1)(A)(ii) made applicable to this adversary proceeding through Fed. R. Bankr. P. 7041, stipulate to dismissal of this adversary proceeding with prejudice.

This 16th day of August, 2019.

[Signatures of counsel on following page]

| **ROUNTREE LEITMAN & KLEIN, LLC** | **SLIPAKOFF & SLOMKA, PC** |
|---|---|
| /s/ David S. Klein<br>David S. Klein<br>Ga. Bar No. 183389<br>Century Plaza I<br>2987 Clairmont Road, Suite 175<br>Atlanta, GA 30329<br>(404) 856-0540<br>dklein@rlklawfirm.com<br>*Attorneys for Plaintiff* | /s/ Howard P. Slomka (by David S. Klein with express permission)<br>Howard P. Slomka<br>Ga. Bar No. 652875<br><br>*Attorneys for Defendant* |

-2-

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 16-70357-LRC |
| | ) | |
| **OTS CAPITAL PARTNERS, LLC,** | ) | CHAPTER 11 |
| | ) | |
| **Debtor.** | ) | |

-------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| **OTS CAPITAL PARTNERS, LLC,** | ) | **ADVERSARY PROCEEDING** |
| | ) | **NO.18-05293-LRC** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PEGGY EVANS** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** by electronic mail addressed as follows.

Howard P. Slomka
hs@atl.law

Dated: August 16, 2019

**ROUNTREE LEITMAN & KLEIN, LLC**

/s/ David S. Klein
David S. Klein
Ga. Bar No. 183389

-3-